Marc V. Kalagian
Attorney at Law: 4460
Law Offices of Lawrence D. Rohlfing, Inc., CPC
12631 East Imperial Highway Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Leonard Stone
Attorney at Law: 5791
Shook and Stone, Chtd.
710 South 4th Street
Las Vegas, NV 89101
Tel.: (702) 385-2220
Fax: (702) 384-0394
E-mail: MRobles@shookandstone.com

Attorneys for Plaintiff James Darvin Hines

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JAMES DARVIN HINES, | Case No.: 3:24-cv-00388-CSD |
| Plaintiff, | ORDER GRANTING STIPULATION TO EXTEND TIME OF TIME TO FILE PLAINTIFF'S BRIEF |
| vs. | |
| MICHELLE KING,[1] Acting Commissioner of Social Security, | (SECOND REQUEST) |
| Defendant. | |

---

[1] Michelle King became the Acting Commissioner of Social Security on January 20, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Michelle King should be substituted for Carolyn Colvin as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

-1-

1     Plaintiff James Darvin Hines and Michelle King, Acting Commissioner of
2 Social Security, through their undersigned attorneys, stipulate, subject to this
3 Court's approval, to extend the time from January 24, 2025 to February 19, 2025,
4 for Plaintiff to file his brief with all other deadlines as per the Supplemental Rules
5 for Social Security Actions under 42 U.S.C. § 405(g) of the Federal Rules of Civil
6 Procedure extended accordingly. This is Plaintiff's second request for an extension.
7 Counsel has the flu and is not able to devote the appropriate time to fully research
8 and brief the issues presented.

9 DATE: January 23, 2025     Respectfully submitted,

10                                 LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

11                          /s/ *Marc V. Kalagian*
12                 BY: _____
                            Marc V. Kalagian
13                             Attorney for plaintiff James Darvin Hines

14 DATE: January 23, 2025         JASON M. FRIERSON
                                    United States Attorney
15

16

17                          /s/ *Franco L. Becia*

18                 BY: _____

19                             Franco L. Becia
                            Special Assistant United States Attorney
20                             |*authorized by e-mail|

21                              **ORDER**

22 IT IS SO ORDERED:

23 Dated: January 24, 2025.
                            _____
24                             THE HONORABLE CRAIG STEPHEN DENNEY
25                             UNITED STATES MAGISTRATE JUDGE

26