SUE FAHAMI, NVSBN 5634
Acting United States Attorney
District of Nevada

DAVID PRIDDY, ILSBN 6313767
Special Assistant United States Attorney
Social Security Administration
Office of the General Counsel, Office 7
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (510) 970-4801
Facsimile: (415) 744-0134
E-Mail: David.Priddy@ssa.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

JAMES DARVIN HINES                          )
                                            )   Case No.: 3:24-cv-00388-CSD
            Plaintiff,                      )
                                            )   **ORDER GRANTING**
        v.                                  )   **UNOPPOSED MOTION FOR**
                                            )   **EXTENSION OF TIME**
LELAND DUDEK,                               )   (***FIRST REQUEST***)
Acting Commissioner of Social Security,[1]  )
                                            )
            Defendant.                      )
_____        )

        Defendant, Leland Dudek, Acting Commissioner of Social Security (Defendant), respectfully

requests that the Court extend the time for Defendant to respond to Plaintiff's Brief (Dkt. No. 14, filed

on February 19, 2025), currently due on March 21, 2025, by 31 days, through and including April 21,

2025.  Defendant further requests that the deadline for Plaintiff's optional reply brief be extended to

May 5, 2025.

_____

[1] Leland Dudek became the Acting Commissioner of Social Security on February 16, 2025.  Pursuant
to Rule 25(d) of the Federal Rules of Civil Procedure, Leland Dudek should be substituted for
Michelle King as the defendant in this suit.  No further action need be taken to continue this suit by
reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1    This is Defendant's first request for an extension of time to file a response.  Good cause exists

2    for this extension.  Counsel is currently in the process of determining whether a settlement agreement

3    is possible in this case.  Additional time is required for Defendant's undersigned counsel and

4    specialized attorneys within the undersigned's office to consider this option.  If the case cannot be

5    settled, then Defendant's counsel will proceed with filing Defendant's response to Plaintiff's Brief by

6    the new due date of April 21, 2025.  Counsel for Defendant advised counsel for Plaintiff of the need

7    for this extension on March 18, 2025.  Counsel for Plaintiff confirmed that Plaintiff does not object to

8    this request.

9    It is therefore requested that Defendant be granted an extension of time to respond to Plaintiff's

10   Brief, through and including April 21, 2025.  This request is made in good faith and with no intention

11   to unduly delay the proceedings.

Dated: March 19, 2025                    Respectfully submitted,

JASON M. FRIERSON
United States Attorney

*/s/ David Priddy*
DAVID PRIDDY
Special Assistant United States Attorney

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: _March 19, 2025_____

2