SIGAL CHATTAH, NVSBN 8264
United States Attorney
District of Nevada

DAVID PRIDDY, ILSBN 6313767
Special Assistant United States Attorney
Social Security Administration
Office of the General Counsel, Office 7
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (510) 970-4801
Facsimile: (415) 744-0134
E-Mail: David.Priddy@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JAMES DARVIN HINES | ) Case No.: 3:24-cv-00388-CSD |
|     Plaintiff, | ) |
| | ) **ORDER GRANTING** |
|     v. | ) **UNOPPOSED MOTION FOR** |
| | ) **EXTENSION OF TIME** |
| LELAND DUDEK, | ) (*SECOND REQUEST*) |
| Acting Commissioner of Social Security,[1] | ) |
| | ) |
|     Defendant. | ) |
| | ) |

Defendant, Leland Dudek, Acting Commissioner of Social Security (Defendant), respectfully requests that the Court extend the time for Defendant to respond to Plaintiff's Brief (Dkt. No. 14, filed on February 19, 2025), currently due on April 21, 2025, by 14 days, through and including May 5, 2025. Defendant further requests that the deadline for Plaintiff's optional reply brief be extended to May 19, 2025.

---

[1] Leland Dudek became the Acting Commissioner of Social Security on February 16, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Leland Dudek should be substituted for Michelle King as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

This is Defendant's second request for an extension of time to file a response.  Good cause exists for this extension.  The parties are currently in the process of negotiating a settlement agreement in this case.  Additional time is required for Plaintiff to discuss settlement options with his attorney.  If the case cannot be settled, then Defendant's counsel will proceed with filing Defendant's response to Plaintiff's Brief by the new due date of May 5, 2025.  Counsel for Defendant advised counsel for Plaintiff of the need for this extension on April 18, 2025.  Counsel for Plaintiff confirmed that Plaintiff does not object to this request.

It is therefore requested that Defendant be granted an extension of time to respond to Plaintiff's Brief, through and including May 5, 2025.  This request is made in good faith and with no intention to unduly delay the proceedings.

Dated: April 18, 2025                    Respectfully submitted,

                                         SIGAL CHATTAH
                                         United States Attorney

                                         */s/ David Priddy*
                                         DAVID PRIDDY
                                         Special Assistant United States Attorney

                                         IT IS SO ORDERED:
                                         _____
                                         UNITED STATES MAGISTRATE JUDGE

                                         DATED:    April 18, 2025

2