1  SIGAL CHATTAH
   United States Attorney
2  Nevada Bar No. 8264

3  DAVID PRIDDY, ILSBN 6313767
   Special Assistant United States Attorney
4  Office of the General Counsel
   Social Security Administration
5  6401 Security Boulevard
   Baltimore, Maryland 21235
6  Telephone: (510) 970-4801
   Facsimile: (415) 744-0134
7  E-Mail: David.Priddy@ssa.gov

8  Attorneys for Defendant

9

10                 **UNITED STATES DISTRICT COURT**

11                     **DISTRICT OF NEVADA**

12

13  JAMES DARVIN HINES,                    )
                                           )   Case No.: 3:24-cv-00388-CSD
14         Plaintiff,                      )
                                           )   **ORDER GRANTING STIPULATION**
15         v.                              )   **TO VOLUNTARY REMAND**
                                           )   **PURSUANT TO SENTENCE FOUR OF**
16  LELAND DUDEK,                          )   **42 U.S.C. § 405(g) AND TO ENTRY OF**
    Acting Commissioner of Social Security,[1] )   **JUDGMENT FOR PLAINTIFF**
17                                         )
           Defendant.                      )
18                                         )
                                           )
19  ─────────────────────────────         )

20

21         IT IS HEREBY STIPULATED by and between the parties, through their undersigned

22  attorneys, and with the approval of the Court, that this action be remanded for further administrative

23  action pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four.

24  ────────────────────────

25  [1] Leland Dudek became the Acting Commissioner of Social Security on February 16, 2025.  Pursuant
    to Rule 25(d) of the Federal Rules of Civil Procedure, Leland Dudek should be substituted for
26  Michelle King as the defendant in this suit.  No further action need be taken to continue this suit by
    reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

On remand, the Commissioner will remand the case to an administrative law judge (ALJ) for a new decision.  The ALJ will further develop the record as necessary and issue a new decision.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Dated: April 23, 2025            Respectfully submitted,

                                 LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

                                 /s/ Marc V. Kalagian
                                 MARC V. KALAGIAN
                                 (*as authorized via email on April 22, 2025)
                                 Attorney for Plaintiff


Dated: April 23, 2025            Respectfully submitted,

                                 SIGAL CHATTAH
                                 United States Attorney

                                 /s/ David Priddy
                                 DAVID PRIDDY
                                 Special Assistant United States Attorney
                                 Attorneys for Defendant


                                 IT IS SO ORDERED:

                                 _____
                                 HON. CRAIG S. DENNEY
                                 UNITED STATES MAGISTRATE JUDGE


                                 DATED:  April 24, 2025.

2